UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRANCISCO CORTES,<br><br>　　　　　　Plaintiffs,<br><br>-against-<br><br>ANTIOQUENA DOS BAKERY CORP., d/b/a LA ANTIOQUEÑA BAKERY II, AND ROCIO RICO<br><br>　　　　　　Defendants. | Civil Action No.:<br><br>16-cv-2740 WFK-VMS<br><br><br>**STIPULATION FOR EXTENSION OF TIME TO ANSWER/MOVE** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between counsel for Plaintiff, Francisco Cortes and Defendants, ANTIOQUENA DOS BAKERY CORP., d/b/a LA ANTIOQUEÑA BAKERY II, AND ROCIO RICO, in the above-captioned action, that: (1) the undersigned counsel for Defendants accepts service of process of Plaintiff's Complaint, filed on June 1, 2016, (the "Complaint"), on behalf of Defendants; (2) the time for Defendants to answer, move against, or otherwise respond to the Complaint shall be extended 30 days, from July 6, 2016 through and including August 5, 2016; and (3) this stipulation can be executed in counterparts and any photocopy, fax, or electronic copy of the same shall be deemed to have the same force and effect as an original.

PECHMAN LAW GROUP PLLC

By: _____
　　Louis Pechman
488 Madison Avenue, 11th Floor
New York, New York 10022
(212) 583-9500 (Tel)
*Attorneys for Plaintiff*

Dated: _____

**SO ORDERED:**

_____

CARRION SOTO VIRUET & KELLEY LLP

By: _____
　　Christopher Carrion, Esq.
One World Trade Center, Suite 8500
New York, NY 10007
(212) 220- 7133 (Tel)
*Attorneys for Defendants*

Dated: July 6, 2016